UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-13

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | ORDER |
| VS. | ) | |
| | ) | |
| RONALD J. DOERRER | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the sentencing memorandum, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This 30th day of December, 2014.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE