> **Motion DENIED.**
>
> This the 9th day of May, 20 16.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED

MAR 2 5 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| United States of America <br> Plaintiff <br><br> v <br><br> Ronald Doerrer <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Criminal Case No: 7:14 CR 13 1FL <br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION FOR RECONSIDERATION OF THE ORDER NOT TO
QUASH SUBPOENA OF BARBARA DOERRER

Ronald Doerrer, acting pro se[1], does hereby move this Honorable Court to reconsider its Order (Document 60) not to Quash the Subpoena of Barbara Doerrer.

1) The Government's allegation in their response to Defendant's motion to Quash Subpoena conveyed that the "installment contract" incorporated in the Judgment and Committment order was "meaningless" is thoroughly address in the "accompanying petition" Motion to Quash Continuing Writ of Garnishment.

2) Also contained in the Government's response is the allegation that the Defendant would not disclose the location of his assets.

---

[1] Doerrer avers that he is not an attorney and has no legal or professional training pertaining to the preparation and filing of legal motions or memorandums. Doerrer seeks notice of such limitations and prays that this Court will construe his pleadings liberally in light of the Supreme Court holding in Haines v Kerner 404 US 519 (1972).