**Motion DENIED.**

This the  9th  day of   May    , 20 16 .

/s/Louise W. Flanagan, U.S. District Judge

FILED
MAR 25 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>v<br><br>Ronald Doerrer<br>Defendant | Criminal Case No: 7:14 CR 13 1FL |

## MOTION TO QUASH CONTINUING WRIT OF GARNISHMENT

Ronald Doerrer, acting pro se, hereafter Doerrer or Defendant, does hereby move this Honorable Court to Quash the Continuing Writ of Garnishment for all the reasons listed.

### History of Proceeding

Doerrer pled guilty under a Plea Agreement to Conspiracy to Commit Bank Fraud, 18 USC §371, on April 15, 2014. The Honorable United States District Judge, Louis W. Flanagon, ordered Doerrer to be committed to the custody of the Federal Bureau of Prisons for a total term of 18 months. Upon release from imprisonment, Doerrer is subject to a term of supervised release for 36 months. This Judgment and Committment Order (J & C, see Exhibit 1) was dated and signed January 8, 2015.

Doerrer's J & C also ordered $564,882.62 in restitution and a