**Motion DENIED.**

This the  1st  day of ___June___ , 20 16 .

/s/Louise W. Flanagan, U.S. District Judge

FILED

MAY 1 7 2016

United States District Court
for the Eastern District of North Carolina

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ MB _____ DEP CLK

Ronald Doerrer,  )
       Petitioner  )
         )
     v.  )  Criminal Case No:  7:14 CR 131FL
         )
United States of America,  )
       Respondant  )
         )

## Motion for Injunction Pending Appeal
## Pursuant to Fed. R. Civ. P. 62(c)

Ronald Doerrer moves for an order restraining the United
States of America from enforcing the Writ of Garnishment
pending the determination of the appeal to the United States
Court of Appeals for the Fourth Circuit from the Judgment of
this Court entered May 9, 2016.


Respectfully submitted on this 16th day of May, 2016,


Ronald Doerrer
58455-056
Pro Se Litigant