IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-13-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD DOERRER, | ) | |
| Defendant, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| Garnishee. | ) | |

On February 17, 2016, a Writ of Garnishment to Bank of America, N.A. [DE-48] was issued in this case, based on an Application for Writ of Garnishment filed by the United States of America [DE-46]. The United States of America has now withdrawn its Application for Writ of Garnishment and requested that the Writ of Garnishment issued to Bank of America, N.A. be withdrawn. The Writ of Garnishment issued on February 17, 2016 to Bank of America, N.A. in this matter is hereby WITHDRAWN and is of no further legal consequence.

SO ORDERED, this 10th day of April, 2017.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr.
Clerk of Court